**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHARLOTTE MARIE NUTT
ADC# 706427**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 1:11CV00065 BSM/BD**

**CORRECTIONAL MEDICAL SERVICES, et al**                    **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 11] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Ms. Nutt's claims against defendant Correctional Medical Services be DISMISSED without prejudice.

ORDERED this 18th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE