# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLOTTE MARIE NUTT**                                                                 **PLAINTIFF**

V.                          No. 1:11CV00065 BSM-BD

**CORRECTIONAL MEDICAL SERVICES,**
*et al.*                                                                                          **DEFENDANTS**

## ORDER

In accordance with the Response (Docket entry #32), the spelling of Defendant Rory Griffin's name should be corrected on the docket.  Summons to Defendant Griffin should be re-issued for service upon the Arkansas Department of Correction, Compliance Division, Post Office Box 20550, White Hall, Arkansas 71612.  The United States Marshal is requested to serve Defendant Griffin with a summons and a copy of the complaint, without prepayment of fees and costs or security.

DATED this 29th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE