**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHARLOTTE MARIE NUTT,**                                                                                    **PLAINTIFF**
**ADC #706427**

V.                              CASE NO. 1:11CV00065-BSM-BD

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                              **DEFENDANTS**

**ORDER**

Plaintiff was granted leave to proceed *in forma pauperis* on October 3, 2012, in this lawsuit filed under 42 U.S.C. § 1983.  Service of the Complaint as to Defendant Shawn Reid has been returned by the Arkansas Department of Correction ("ADC"), Compliance Division, unexecuted, with a notation that Ms. Reid is not employed by the ADC, but that she may be a former employee of Corizon, the medical contractor for the ADC.  (Docket entry #98)

The Clerk of the Court is directed to re-issue summons for Defendant Shawn Reid. The United States Marshal is directed to serve the Summons and Complaint (#2), together with any attachments, upon Humphries and Lewis, P. O. Box 20670, White Hall, Arkansas  72612, counsel for Corizon, Inc., without prepayment of fees and costs or security.

IT IS SO ORDERED, this 18th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE