**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHARLOTTE MARIE NUTT
ADC# 706427**                                                                                           **PLAINTIFF**

v.                              **CASE NO. 1:11CV00065 BSM/BD**

**CORRECTIONAL MEDICAL SERVICES, et al**                       **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 97] and the objections [Doc. No. 100] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The motions for summary judgment of defendants Bobbie Allison, Donald Anderson, Mary McCoy, Stacy McGinnis, James Pratt, Janet Tiner, Elizabeth Wheeler, and John Lytle [Doc. Nos. 83, 91] are granted.

2. All claims against defendants Allison, Anderson, McCoy, McGinnis, Pratt, Tiner, Wheeler, and Lytle are dismissed without prejudice.

Dated this 17th day of December 2012.

                                                                                                        UNITED STATES DISTRICT JUDGE