**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHARLOTTE MARIE NUTT,**  **PLAINTIFF**
**ADC # 706427**

V.     No. 1:11CV00065-BSM-BD

**CORRECTIONAL MEDICAL SERVICES,** *et al.*     **DEFENDANTS**

**ORDER**

Plaintiff Charlotte Marie Nutt, a former inmate at the Arkansas Department of Correction ("ADC"), filed a Complaint on July 29, 2011, and named "Grievance Officer Reed, McPherson Unit," first name unknown, as one of several party defendants. Claims against all other defendants have since been dismissed. Ms. Nutt was granted *in forma pauperis* status on October 3, 2011.

Service of process on Defendant Reid was initially attempted twice upon the Arkansas Department of Correction, but returned to the Court unexecuted each time due to lack of identification. (Docket entries #12, #16, #50, #55) Following Defendant Reid's dismissal, without prejudice, as a party defendant for ineffective service of process (#73), and Ms. Nutt's motion for re-service which included Defendant Reid's full name and correct spelling, service of process was again attempted upon the ADC and returned unexecuted (#98); upon Corizon, Inc. and returned unexecuted with a notation that Defendant Reid was no longer an employee and it could not accept service (#103); and upon Ms. Nutt at her last-known address (provided by Corizon), which was also returned

unexecuted (#105).

Ms. Nutt's claims against Defendant Reid may be dismissed in accordance with Federal Rule of Civil Procedure 4(m) for lack of service of process, unless Ms. Nutt files a motion for service on or before February 29, 2013, that includes a valid personal address where Ms. Reid can be served with process.

IT IS SO ORDERED this 17th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE